**FILED IN CLERKS OFFICE**
2018 FEB 23 PM 16

**UNITED STATES DISTRICT COURT OF MASSACHSETTS**
MOAKLEY COURTHOUSE ONE COURTHOUSE WAY BOSTON, MA 02110 (617) 748-9152

**EASTERN DIVISION**

U.S. DISTRICT COURT
DISTRICT OF MASS.

*VENUE-MOAKLEY'S FEDERAL COURTHOUSE Bell v BofA Corporate Center, et al (Injunction)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts
BOSTON Moakley's Eastern Div



Injunction illegally closed BANK Accounts @connected to other newly filed case — hand-delivered walk-in

ORIGINAL

Miss Shawn Bell (sole litigant)
*NOT TO BE CONSOLIDATED WITH ANY OTHER CASE OTHER THAN BANK OF AMERICA CORP. CENTER
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bank of America Corporate Center (BofA), et al
ATTN: BofA Corp. LEGAL DEPARTMENT
RE: BofA 100 Federal St. Boston, MA/Risk Dept.
BofA 25 ALH Revere, MA (Bell Circle); BofA FB
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**
  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Pro Se: Miss Shawn Bell (sole litigant) |
  | Street Address | Homeless/TBI Disabled in Boston- PO BOX 51891 |
  | City and County | Boston, Suffolk County |
  | State and Zip Code | MA 02205 |
  | Telephone Number | #BOSTONBofAStoleMyMoneyAndAccounts2018 |
  | E-mail Address | 2017homeless.in.logan.airport1@gmail.com |
  | | #PoliceBrutalityIsNotJustAgainstMen |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Need before signature complete

# UNITED STATES DISTRICT COURT OF MASSACHSETTS
## MOAKLEY COURTHOUSE ONE COURTHOUSE WAY BOSTON, MA 02110 (617) 748-9152

### EASTERN DIVISION

**VENUE-MOAKLEY'S FEDERAL COURTHOUSE Bell v BofA Corporate Center, et al (Injunction)**

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**
- Name: Bank of America Corporate Financial Center
- Job or Title (if known): ATTN: LEGAL DEPARTMENT
- Street Address: 100 Tryon Street
- City and County: Charlotte; Mecklenburg County
- State and Zip Code: North Carolina, 28202
- Telephone Number: BofA Reps refused to give me BofA Corp. Center/Legal Dept Info.
- E-mail Address (if known):

**Defendant No. 2**
- Name: Bank of America Branch
- Job or Title (if known): Branch Owner & alleged "Risk Department" ( no managers)
- Street Address: 100 Federal Street
- City and County: Boston; Suffolk County
- State and Zip Code: Massachusetts 02114
- Telephone Number: (800) 240-6886
- E-mail Address (if known):

**Defendant No. 3**
- Name: Bank of America Branch
- Job or Title (if known): Branch Owner (no managers)
- Street Address: 25 American Legion Highway @ Bell Circle
- City and County: Revere; Suffolk County
- State and Zip Code: Massachusetts 02151
- Telephone Number: (800) 240-6886
- E-mail Address (if known):

**Defendant No. 4**
- Name: Bank of America Social Media-Facebook Messenger
- Job or Title (if known): Customer Service Reps. (Julio tried to misdirect & misinform)
- Street Address: c/o Bank of America Corporate Center 100 Tryon Street
- City and County: Charlotte; Mecklenburg County
- State and Zip Code: North Carolina, 28202
- Telephone Number: BofA Reps refused to give me BofA Corp. Center/Legal Dept Info.
- E-mail Address (if known):

2⊆



2 of 6

# UNITED STATES DISTRICT COURT OF MASSACHSETTS
## MOAKLEY COURTHOUSE ONE COURTHOUSE WAY BOSTON, MA 02110 (617) 748-9152

### EASTERN DIVISION

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

VENUE-MOAKLEY'S FEDERAL COURTHOUSE Bell v BofA Corporate Center, et al (Injunction)

**II. Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☑ Federal question    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

NOT APPLICABLE

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, (name) Miss Shawn Bell, is a citizen of the State of (name) Massachusetts.

   b. If the plaintiff is a corporation
   The plaintiff, (name) Not Applicable, is incorporated under the laws of the State of (name) Not Applicable, and has its principal place of business in the State of (name) Not Applicable.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, (name) Bank of America Corporate Center, is a citizen of the State of (name) North Carolina. Or is a citizen of (foreign nation) Not Applicable.

*ORIGINAL*

Page 3 of 6



# UNITED STATES DISTRICT COURT OF MASSACHSETTS
MOAKLEY COURTHOUSE ONE COURTHOUSE WAY BOSTON, MA 02110 (617) 748-9152

## EASTERN DIVISION

*If Fraud is determined I would like the to press Charges against these white collar thieves.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**VENUE-MOAKLEY'S FEDERAL COURTHOUSE Bell v BofA Corporate Center, et al (Injunction)**

b. If the defendant is a corporation

The defendant, (name) Bank of America Corporate Center, is incorporated under the laws of the State of (name) North Carolina, and has its principal place of business in the State of (name) North Carolina.
Or is incorporated under the laws of (foreign nation) Not Applicable, and has its principal place of business in (name) Not Applicable.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Fines for "white collar" Bank Fraud is $1 million dollars. Plaintiff should receive more than fines paid to Gov. Asking $3.5 million dollars plus court cost, punitive damages, interest, days gone without food. Late fees in applicable, payment of bills set up with automatic payment if applicable. Misrepresentation. Jose said female rep nor I could do the Automatic Pyt illegal access to my accounts before Branch stole accounts &

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Greater Bostonians Area Disclosure was Magically updated Nov. 2017 when I went into The 100 Federal St Boston Location about my debit card.. I Do NOT have debit card only ATM cards. Revere, MA @ Bell Circle. Bank Harassment intensified when I made a withdrawal of my SSA Disability Benefits then made a Credit Card payment at the same BofA ATM January 2018 at the LOGAN INTERNATIONAL AIRPORT. Stealing my accounts prevented me from appearing in Hampden County Superior Court for a HUD FRAUD 15CV749 (Reason I'm Homeless) I waited over 2 1/2 years after Senga Fulton in Housing Court said MHA, Inc Never had HUD Infested house scabies bedbugs, assault/threats Restraining Order contacted ,State Attorney Healey

B. What date and approximate time did the events giving rise to your claim(s) occur?

Spring 2017-Made several request for credit card w/new CVV. Each time BofA Credit Card Div. sent m a card w/same CVV May 2017 I ordered a new secure credit card deducted from account. Received new Mastercard wouldn't work. BofA cnx card and sent check of secured deposit. On Nov. 27, 2017 I-Walked into BofA @ 100 Federal St Boston because my payment for my cellphone was returned to my card. After Asian BofA rep. saw my cnx MasterCard/2 Visa Cards w/same CVV she told me I to leave. I began recording her. After "Jose" Processed my Automatic Payments 12/22/2017 I had problems w/accts. 2/02/2018 Jose said my accounts closed w/o notice including Feb. 2018 SSA Disability Direct Deposits: Hungry/$0

#GIGHTY

BofA compromise my security by placing my FULL account number on bank statement

Question: Does this "Jose" of BofA Revere, MA Really work for BofA or just there to steal my accounts/S.S. Disability Benefit Feb. 2018 As long as I used ATM accounts were fine. "Jose" processed my Automatic payment Dec. 2017 said female rep. couldn't do it. He gained access thru closed my accounts Feb. 2018 Jan 2018

Never saw Asian female @ BofA Federal St before Nov. 2017 / I was there since Jan. 2017    4 of 6    "Jose introduced himself as BofA Manager I never saw him there before then Both ?

# UNITED STATES DISTRICT COURT OF MASSACHUSETTS
## MOAKLEY'S COURTHOUSE ONE COURTHOUSE WAY BOSTON, MA 02110

**EASTERN DIVISON**     (617) 748-9152

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**VENUE-MOAKLEY'S FEDERAL COURTHOUSE Bell v BofA Corporate Center, et al (Injunction)**

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

MA State Police Troop F Arrested me for being homeless on East BMC-1705CR1492 Dec. 20, 2017 w/o due process & running fingerprints etc, did an illegal search of closed /taped including bank cards looking for a MA Driver's License (to sue MA DOT.) Dismissed before trial but constant harassment, discrimination including MA Revere Police Headquarters who shutoff ALL the water in station when I walked into their use the restroom so I couldn't wash my hand or flush toilet. I don't think its a coincidence that my accounts are now closed by Revere, MA BofA I think its Jose doing a favor for the boys in blue for my lawsuit I'm filing February 2018 against the MA State Police Troop F/McKeon. Who continued to endanger my life and harass me last date Jan. 24, 2018 @ 0100 hours forced me, female, black and disabled outside to roam the Streets of Revere, MA in 18 degree weather until I posted the video of MA State Police harassment/discrimination on Facebook for my family to see in W. MA.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

My credit Card is attached to upcoming Federal legal litigations including SSA Hdqtrs MD w/an ongoing disabilty issue since 2012, MA State Police; Housing Authority discrimination 2015(reason for homelessness) etc & in my belief if "Jose" Revere, MA /Asian female at 100 Federal St can deposed of proof Boston Transactions since last year, Jan. 2017 I believe they would. 2nd my credit score will be ruined; prohibiting rental. Defamed my credit history reflecting instability with accounts I've maintained since 2014 in the state of MD No credit history is worse than bad credit history. My credit card limit was just increased by BofA Dec. 2017. So, BofA Corporate office did not view me as a risk. I'm dealing w/ BofA Rep. personal vendetta & discrimination to cover up their branch fraud concerning my account. Case and point, after making a credit card payment at 100 Federal St Boston, MA, I forgot my card at the ATM, I called to have the CVV changed, received cards with the same CVV as original jeopardizing security. Asian BofA rep told me to leave after seeing 2 cards w/same CVV.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Re-open ALL my accounts ASAP, increase Credit Card Limit w/new CVV. Pay ALL late fees for entities set up for automatic payment. Restrain Those in pics/videos & other BofA reps from tampering & obstructing justice; BofA Corporate Center to do investigation of fraud by BofA 100 Federal St Boston MA/25 American Legion Hwy (Bell Circle) Revere, MA. ** MA Dept. of Transitional Assistance reduced my Foodstamps amount, to $96/mo stating, " you no longer pay for unit". I never reported changes to MA DTA & what unit are they referring to? Storage? Or the one MA DTA 1010 Massachusetts Ave. Boston, MA made up? Claim I pay $0 for rent but pay utilities when I submitted "Verification of Homelessness" in 2017 & took pic of letter to DTA caseworker (MassHealth stop paying my Part B Medicare because of this since June 2017-to date 2018) Branches pay punitive damages for destroyed, disposed of violated the privacy of my account. TRO to prevent Storage Units from taking possession of my unit if Boston's BofA blocked their authorized pyt 4h Amendment

IRREPARABLE INJURY Con't. Missed Civil Suit Hearing in Hampden County Superior Court on February 09, 2018 because Boston BofA stole my accounts and Feb. 2018 SSA Disability Benefit No money to leave Boston. No food. Rely on kindness of strangers for food. In process of suing M DTA EBT & MassHealth for Fraud/unnecessary hardship

  

# UNITED STATES DISTRICT COURT OF MASSACHUSETTS
## MOAKLEY'S COURTHOUSE ONE COURTHOUSE WAY BOSTON, MA 02110

**EASTERN DIVISON**                                              (617) 748-9152

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**VENUE-MOAKLEY'S FEDERAL COURTHOUSE Bell v BofA Corporate Center, et al (Injunction)**

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/23/2018

Signature of Plaintiff: 
Printed Name of Plaintiff: Pro Se-Miss Shawn Bell

**B.   For Attorneys**

Date of signing: 

Signature of Attorney: Not Applicable
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: